AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

BROADVOICE, INC.

v.

BELLSOUTH CORP., et al.

**APPEARANCE**

Case Number: 05-11435-NG

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

BELLSOUTH CORP., BELLSOUTH TELECOMMUNICATIONS, INC., and BELLSOUTH INTELLECTUAL PROPERTY CORP.

I certify that I am admitted to practice in this court.

| 8/10/2005 | *signature* |
|---|---|
| Date | Signature |
|  | Benjamin A. Goldberger — 654357 |
|  | Print Name — Bar Number |
|  | McDermott Will & Emery LLP 28 State Street |
|  | Address |
|  | Boston    MA    02109 |
|  | City    State    Zip Code |
|  | (617) 535-4000    (617) 535-3800 |
|  | Phone Number    Fax Number |