AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

BROADVOICE, INC.

v.

BELLSOUTH CORP., et al.

**APPEARANCE**

Case Number: 05-11435-NG

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

BELLSOUTH CORP., BELLSOUTH TELECOMMUNICATIONS, INC., and BELLSOUTH INTELLECTUAL PROPERTY CORP.

I certify that I am admitted to practice in this court.

| 8/10/2005 | *[signature]* | |
|---|---|---|
| Date | Signature | |
| | Edward P. Leibensperger | 292620 |
| | Print Name | Bar Number |
| | McDermott Will & Emery LLP  28 State Street | |
| | Address | |
| | Boston    MA | 02109 |
| | City    State | Zip Code |
| | (617) 535-4000 | (617) 535-3800 |
| | Phone Number | Fax Number |