UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BROADVOICE, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 05-11435-NG |
| | ) |
| BELLSOUTH CORP., BELLSOUTH TELECOMMUNICATIONS, INC., and BELLSOUTH INTELLECTUAL PROPERTY CORP., | ) |
| | ) |
| Defendants. | ) |

**STIPULATION EXTENDING TIME FOR DEFENDANTS
TO RESPOND TO PLAINTIFF'S COMPLAINT**

Plaintiff BroadVoice, Inc. ("BroadVoice") and Defendants BellSouth Corporation, BellSouth Telecommunications, Inc. and BellSouth Intellectual Property Corporation stipulate to an extension of time up to and including September 2, 2005 within which Defendants BellSouth Corporation, BellSouth Telecommunications, Inc. and BellSouth Intellectual Property Corporation may answer, move or otherwise respond to BroadVoice's Complaint dated July 8, 2005 (the "Complaint").

The parties further stipulate that the undersigned counsel for Defendant BellSouth Corporation may and does accept service of the Complaint on behalf of Defendant BellSouth Corporation without waiving any right or objection as to any Defendant, including but not

limited to the right to assert any defense, counterclaim or otherwise move under Rule 12 of the Federal Rules of Civil Procedure.

    A proposed order is attached hereto.

    Respectfully submitted this 10th day of August, 2005.

| | |
|---|---|
| /s/ Robert N. Feldman (BAG) | /s/ Edward P. Leibensperger |
| Robert N. Feldman (BBO # 630734) | Edward P. Leibensperger (BBO # 292620) |
| BIRNBAUM & GODKIN, LLP | Benjamin A. Goldberger (BBO # 654357) |
| 280 Summer Street | MCDERMOTT WILL & EMERY LLP |
| Boston, Massachusetts 02210 | 28 State Street |
| Tel: 617-307-6100 | Boston, MA  02109 |
| Fax: 617-307-6101 | Tel: 617-535-4000 |
| | |
| Sean C. Ploen (BBO # 641279) | Stephen M. Schaetzel |
| BOSTON LAW GROUP, LLP | KILPATRICK STOCKTON LLP |
| 20 Park Plaza, Suite 637 | 1100 Peachtree Street, Suite 2800 |
| Boston, Massachusetts 02116 | Atlanta, GA   30309-04530 |
| Tel: 617-426-6800 | Tel: 404-745-2411 |
| | |
| Attorney for Plaintiffs | Attorney for Defendants |

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BROADVOICE, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 05-11435-NG |
| | ) |
| BELLSOUTH CORP., BELLSOUTH TELECOMMUNICATIONS, INC., and BELLSOUTH INTELLECTUAL PROPERTY CORP., | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

Having considered the parties' Stipulation Extending Time for Defendants to Respond to Plaintiff's Complaint, it is hereby

ORDERED that the time within which Defendants BellSouth Corporation, BellSouth Telecommunications, Inc. and BellSouth Intellectual Property Corporation may answer, move or otherwise respond to Plaintiff's Complaint dated July 8, 2005 is hereby extended up to and including September 2, 2005.

_____
Honorable Nancy Gertner
Judge, United States District Court
District of Massachusetts

BST99 1468816-1.009900.0021