UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BROADVOICE, INC, <br><br>　　　　Plaintiff, <br><br>v. <br><br>BELLSOUTH CORP., BELLSOUTH TELECOMMUNICATIONS, INC., and BELLSOUTH INTELLECTUAL PROPERTY CORP. <br><br>　　　　Defendants. | Civil Action No. 05-11435-NG |

## AFFIDAVIT OF PROOF OF SERVICE

I, Robert N. Feldman, attorney for the plaintiff, BroadVoice, Inc., certify that notice of service of process in the above-captioned case was made upon the defendant, BellSouth Intellectual Property Corp., as follows:

1.　On July 18, 2005, pursuant to Federal Rules of Civil Procedure 4(e)(1) and M.G.L.c. 223A, §6(a)(3), I mailed by certified mail, return receipt requested (certified mail no. 7004 2510 0002 2479 5592) a copy of the Complaint and Summons to the defendant BellSouth Intellectual Property Corp., 824 Market Street, Suite 901, Wilmington, DE 19801.

2. On July 21, 2005 service was accomplished. The original Summons and signed return receipt are attached.

SIGNED under the pains and penalties of perjury this 5th day of August, 2005.

Respectfully submitted,<br>
**BROADVOICE, INC.**

By its attorneys

*/s/ signature*

BIRNBAUM & GODKIN, LLP<br>
Robert N. Feldman (BBO # 630734)<br>
280 Summer Street<br>
Boston, MA 02210<br>
Tel: 617-307-6100<br>
Fax: 617-307-6101

BOSTON LAW GROUP, LLP<br>
Sean C. Ploen (BBO # 641279)<br>
20 Park Plaza, Suite 637<br>
Boston, Massachusetts 02116<br>
(617) 426-6800