UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| BROADVOICE, INC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BELLSOUTH CORP., BELLSOUTH ) <br> TELECOMMUNICATIONS, INC., ) <br> and ) <br> BELLSOUTH INTELLECTUAL ) <br> PROPERTY CORP. ) <br> ) <br> Defendants. ) | Civil Action No. 05-11435-NG |

## AFFIDAVIT OF PROOF OF SERVICE

I, Robert N. Feldman, attorney for the plaintiff, BroadVoice, Inc., certify that notice of service of process in the above-captioned case was made upon the defendant, BellSouth Telecommunications, Inc., as follows:

1. On July 18, 2005, pursuant to Federal Rules of Civil Procedure 4(e)(1) and M.G.L.c. 223A, §6(a)(3), I mailed by certified mail, return receipt requested (certified mail no. 7004 2510 0002 2479 5585) a copy of the Complaint and Summons to the defendant BellSouth Telecommunications, Inc., 675 West Peachtree Street NE, Atlanta, GA 30375.

2

2. On July 22, 2005 service was accomplished. The original Summons and signed return receipt are attached.

SIGNED under the pains and penalties of perjury this 5th day of August, 2005.

> Respectfully submitted,
> **BROADVOICE, INC.**
>
> By its attorneys
>
> *[signature]*
>
> BIRNBAUM & GODKIN, LLP
> Robert N. Feldman (BBO # 630734)
> 280 Summer Street
> Boston, MA  02210
> Tel: 617-307-6100
> Fax: 617-307-6101
>
> BOSTON LAW GROUP, LLP
> Sean C. Ploen (BBO # 641279)
> 20 Park Plaza, Suite 637
> Boston, Massachusetts 02116
> (617) 426-6800