UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BROADVOICE, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 05-11435-NG |
| | ) |
| BELLSOUTH CORP., BELLSOUTH TELECOMMUNICATIONS, INC., and BELLSOUTH INTELLECTUAL PROPERTY CORP., | ) |
| | ) |
| Defendants. | ) |

### ORDER

Having considered the parties' Stipulation Extending Time for Defendants to Respond to Plaintiff's Complaint, it is hereby

ORDERED that the time within which Defendants BellSouth Corporation, BellSouth Telecommunications, Inc. and BellSouth Intellectual Property Corporation may answer, move or otherwise respond to Plaintiff's Complaint dated July 8, 2005 is hereby extended up to and including September 2, 2005.

_____
Deputy Clerk
United States District Court
District of Massachusetts

8/16/2005

BST99 1468816-1.009900.0021