UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **BROADVOICE, INC.**, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. **05-11435-NG** |
| | ) |
| **BELLSOUTH CORP., BELLSOUTH TELECOMMUNICATIONS, INC.,** and **BELLSOUTH INTELLECTUAL PROPERTY CORP.**, | ) ) ) ) ) ) |
| Defendants. | ) |

## DEFENDANTS' MOTION TO DISMISS, OR TRANSFER, OR STAY

Defendants BellSouth Corporation, BellSouth Telecommunications, Inc., and BellSouth Intellectual Property Corporation move that this Court dismiss this action for lack of personal jurisdiction and improper venue under Rules 12(b)(2) and (b)(3) of the Federal Rules of Civil Procedure, or in the alternative, to transfer plaintiff BroadVoice, Inc.'s complaint for declaratory judgment to the Northern District of Georgia, or in the alternative, to stay this action pending the outcome of a broader, more comprehensive Georgia action. As discussed in more detail in the accompanying Memorandum in Support, this action should not proceed in the District of Massachusetts.

## REQUEST FOR ORAL ARGUMENT

The defendants believe that oral argument would assist the Court in deciding this motion and wish to be heard. Accordingly, the defendants request oral argument.

Respectfully Submitted,

BELLSOUTH CORP., BELLSOUTH TELECOMMUNICATIONS, INC., and BELLSOUTH INTELLECTUAL PROPERTY CORP.

By their attorneys,

*Of Counsel*
Stephen M. Schaetzel
Alicia G. Jones
KILPATRICK STOCKTON LLP
1100 Peachtree Street, Suite 2800
Atlanta, GA 30309-04530
Tel: 404-745-2411

/s/ Benjamin A. Goldberger
Edward P. Leibensperger (BBO# 292620)
Benjamin A. Goldberger (BBO# 654357)
McDermott Will & Emery LLP
28 State Street
Boston, Massachusetts 02109-1775
(617) 535-4000

Dated: September 2, 2005

## CERTIFICATE OF CONSULTATION

I, Benjamin A. Goldberger, hereby certify that counsel for the defendants conferred in good faith with counsel for the plaintiff regarding this motion in an attempt to resolve or narrow the issues presented by this motion but no agreement was reached.

/s/ Benjamin A. Goldberger
Benjamin A. Goldberger