IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BROADVOICE, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-11435-NG |
| ) | |
| BELLSOUTH CORP., BELLSOUTH ) | |
| TELECOMMUNICATIONS, INC., and ) | |
| BELLSOUTH INTELLECTUAL ) | |
| PROPERTY CORP., ) | |
| ) | |
| Defendants. ) | |

**AFFIDAVIT OF DEBORAH F. BAKER**

STATE OF GEORGIA    )
                    ) ss.
COUNTY OF FULTON    )

I, Deborah F. Baker, of lawful age declare and state as follows:

1. I am an Assistant Corporate Secretary of BellSouth Corporation ("BSC") and have held that position since July 1, 2002. BSC has been named as a defendant in the case, BroadVoice, Inc. v. BellSouth Corp., BellSouth Telecommunications, Inc., and BellSouth Intellectual Property Corp., Civil Action No. 05-11435-NG, pending in the United States District Court for the District of Massachusetts. I make this declaration based on my personal knowledge, review of corporate records, or interviews with appropriately knowledgeable persons. If called as a witness, I could and would testify competently to matters contained herein.

2. BSC is a Georgia corporation with a principal place of business and corporate headquarters in Georgia.

1

3. BSC is the parent corporation of BellSouth Telecommunications, Inc. and holds an indirect ownership interest in BellSouth Intellectual Property Corporation.

4. BSC does not provide telecommunciations services.

5. BSC does not compete with BroadVoice, Inc.

6. BSC has no offices in Massachusetts.

7. BSC has no employees located in Massachusetts.

8. BSC does not own or lease any property in Massachusetts.

9. BSC has no bank accounts in Massachusetts.

10. BSC files no tax returns in Massachusetts.

11. BSC is not now, nor has it ever been, registered or qualified to do business in Massachusetts. BSC does not do business in Massachusetts.

12. BSC has not authorized or designated an individual or corporation to accept service of process in Massachusetts or to act as its registered agent under the laws of Massachusetts (other than authorizing Edward P. Leibensperger, Esq. to represent BSC for the limited and specific purpose of defending this litigation).

13. A significant number of BSC employees work in Georgia.

14. Upon information and belief, numerous witnesses and relevant documentary evidence located in and around Georgia will be involved in this case.

15. In Atlanta, Georgia, BSC has ongoing business operations with offices and facilities available for use during the litigation. The Northern District of Georgia would be the most convenient district for this litigation.

ATLLIB01 2086129.1

I declare under penalty of perjury under the laws of Georgia and the United States that the foregoing is true and correct and that is affidavit was executed on _September 2_, 2005, in Atlanta, Georgia.

_____
Deborah F. Baker

Subscribed and sworn to before me this 2nd day of _Sept._, 2005.

_____
Notary Public

My Commission expires:

**WANDA R. SISKRON**
Notary Public, Henry County, Georgia
My Commission Expires May 23, 2007