IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BROADVOICE, INC. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BELLSOUTH CORP., BELLSOUTH )<br>TELECOMMUNICATIONS, INC., and )<br>BELLSOUTH INTELLECTUAL )<br>PROPERTY CORP., )<br>)<br>Defendants. ) | Civil Action No. 05-11435-NG |

### AFFIDAVIT OF JACQUELINE A. GREGORSKI

STATE OF DELAWARE    )
                     ) ss.
COUNTY OF NEW CASTLE )

I, Jacqueline A. Gregorski, of lawful age declare and state as follows:

1.  I am Vice President Patent & Trademark Procurement of BellSouth Intellectual Property Corporation ("BIPCO") and have held that position since 1998. BIPCO has been named as a defendant in the case, BroadVoice, Inc. v. BellSouth Corp., BellSouth Telecommunications, Inc., and BellSouth Intellectual Property Corp., Civil Action No. 05-11435-NG, pending in the United States District Court for the District of Massachusetts. I make this declaration based on my personal knowledge, review of corporate records, or interviews with appropriately knowledgeable persons. If called as a witness, I could and would testify competently to matters contained herein.

2.  BIPCO is a Delaware corporation with a principal place of business and corporate headquarters in Delaware.

1

3. BIPCO is the owner of a family of BELL marks, of which the BELL Logo is just one.

4. The BELL marks were the subject of divestiture and BIPCO owns undivided exclusive rights in the BELL Logo subject only to the concurrent rights of the other (and, in some cases, former) Regional Bell Operating Companies.

5. BIPCO licenses the BELL marks, including the BELL Logo, for use in interstate commerce in connection with a wide variety of services, including telecommunications.

6. BIPCO has no office in Massachusetts.

7. BIPCO has no employees located in Massachusetts.

8. BIPCO does not own or lease any property in Massachusetts.

9. BIPCO has no bank accounts in Massachusetts.

10. BIPCO files no tax returns in Massachusetts.

11. BIPCO is not now, nor has it ever been, registered or qualified to do business in Massachusetts. BIPCO does not do business in Massachusetts.

12. BIPCO has not authorized or designated an individual or corporation to accept service of process in Massachusetts or to act as its registered agent under the laws of Massachusetts (other than authorizing Edward P. Leibensperger, Esq. to represent BIPCO for the limited and specific purpose of defending this litigation).

13. Upon information and belief, numerous witnesses and relevant documentary evidence located in and around Georgia will be involved in this case.

ATLLIB01 2086040.3

14. BellSouth Corporation and BellSouth Telecommunications, Inc.'s offices and facilities in Atlanta, Georgia would be available to BIPCO during the litigation. The Northern District of Georgia would be the most convenient district for this litigation.

I declare under penalty of perjury under the laws of Delaware and the United States that the foregoing is true and correct and that is affidavit was executed on September 2, 2005, in Wilmington, Delaware.

_____
Jacqueline A. Gregorski

Subscribed and sworn to before me this 2nd day of September, 2005.

_____
Notary Public

My Commission expires: 1/28/09

PATRICIA J. RAISON
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires Jan. 28, 2009

3

ATLLIB01 2086040.3