IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| BROADVOICE, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-11435-NG |
| | ) | |
| BELLSOUTH CORP., BELLSOUTH TELECOMMUNICATIONS, INC., and BELLSOUTH INTELLECTUAL PROPERTY CORP., | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

### AFFIDAVIT OF MARY JO PEED

STATE OF GEORGIA      )
                      ) ss.
COUNTY OF FULTON      )

I, Mary Jo Peed, of lawful age declare and state as follows:

1. I am Vice President, General Counsel and Secretary of BellSouth Telecommunications, Inc. and have held that position since 2000. BellSouth Telecommunications, Inc. ("BST") has been named as a defendant in the case, BroadVoice, Inc. v. BellSouth Corp., BellSouth Telecommunications, Inc., and BellSouth Intellectual Property Corp., Civil Action No. 05-11435-NG, pending in the United States District Court for the District of Massachusetts. I make this declaration based on my personal knowledge, review of corporate records, or interviews with appropriately knowledgeable persons. If called as a witness, I could and would testify competently to matters contained herein.

2. BST is a Georgia corporation with a principal place of business and corporate headquarters in Georgia.

1

ATLLIB01 2086068 3

3.  BST provides communications services exclusively in the following states: Alabama, Florida, Georgia, Kentucky, Louisiana, Mississippi, North Carolina, South Carolina and Tennessee.

4.  BST has not engaged in any activity in Massachusetts concerning BroadVoice Inc.'s use of the BELL Logo.

5.  BST has no offices in Massachusetts.

6.  BST has no employees located in Massachusetts.

7.  BST does not own or lease any property in Massachusetts.

8.  BST has no bank accounts in Massachusetts.

9.  BST files no tax returns in Massachusetts.

10. BST is not now, nor has it ever been, registered or qualified to do business in Massachusetts. BST does not do business in Massachusetts.

11. BST has not authorized or designated an individual or corporation to accept service of process in Massachusetts or to act as its agent under the laws of Massachusetts (other than authorizing Edward P. Leibensperger, Esq. to represent BST for the limited and specific purpose of defending this litigation).

12. A significant number of BST employees work in Georgia.

13. Upon information and belief, numerous witnesses and relevant documentary evidence located in and around Georgia will be involved in this case.

14. In Atlanta, Georgia, BST has ongoing business operations with offices and facilities available for use during the litigation. The Northern District of Georgia would be the most convenient district for this litigation.

ATLLIB01 2086068 3

I declare under penalty of perjury under the laws of Georgia and the United States that the foregoing is true and correct and that is affidavit was executed on _August 30_, 2005, in Atlanta, Georgia.

_____
Mary Jo Peed

Subscribed and sworn to before me this 30th day of August, 2005.

_____
Notary Public

My Commission expires: ___Notary Public, Pike County, Georgia
My Commission Expires April 1, 2008

3