UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| BROADVOICE, INC., | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-11435-NG |
| | ) | |
| BELLSOUTH CORP., BELLSOUTH | ) | |
| TELECOMMUNICATIONS, INC., and | ) | |
| BELLSOUTH INTELLECTUAL | ) | |
| PROPERTY CORP., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

**CORPORATE DISCLOSURE STATEMENT OF
DEFENDANT BELLSOUTH TELECOMMUNICATIONS, INC.**

In accordance with Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7.3, Defendant BellSouth Telecommunications, Inc. states that BellSouth Corporation owns 100% of the issued and outstanding shares of common stock of BellSouth Telecommunications, Inc. which is a non-publicly traded company.

Respectfully Submitted,

BELLSOUTH TELECOMMUNICATIONS, INC.

By its attorneys,


/s/ Benjamin A. Goldberger
Edward P. Leibensperger (BBO# 292620)
Benjamin A. Goldberger (BBO# 654357)
McDermott Will & Emery LLP
28 State Street
Boston, Massachusetts  02109-1775
(617) 535-4000

*Of Counsel*
Stephen M. Schaetzel
Alicia G. Jones
KILPATRICK STOCKTON LLP
1100 Peachtree Street, Suite 2800
Atlanta, GA 30309-04530
Tel: 404-745-2411

Dated: September 2, 2005