UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BROADVOICE, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 05-11435-NG |
| | ) |
| BELLSOUTH CORP., BELLSOUTH TELECOMMUNICATIONS, INC., and BELLSOUTH INTELLECTUAL PROPERTY CORP., | ) |
| | ) |
| Defendants. | ) |

**CORPORATE DISCLOSURE STATEMENT OF DEFENDANT
BELLSOUTH INTELLECTUAL PROPERTY CORPORATION**

In accordance with Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7.3, Defendant BellSouth Intellectual Property Corporation states that BellSouth Corporation holds an indirect ownership interest in BellSouth Intellectual Property Corporation which is a non-publicly traded company.

Respectfully Submitted,

BELLSOUTH INTELLECTUAL PROPERTY CORP.

By its attorneys,


/s/ Benjamin A. Goldberger
Edward P. Leibensperger (BBO# 292620)
Benjamin A. Goldberger (BBO# 654357)
McDermott Will & Emery LLP
28 State Street
Boston, Massachusetts  02109-1775
(617) 535-4000

*Of Counsel*
Stephen M. Schaetzel
Alicia G. Jones
KILPATRICK STOCKTON LLP
1100 Peachtree Street, Suite 2800
Atlanta, GA 30309-04530
Tel: 404-745-2411

Dated: September 2, 2005