UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BROADVOICE, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 05-11435-NG |
| | ) |
| BELLSOUTH CORP., BELLSOUTH TELECOMMUNICATIONS, INC., and BELLSOUTH INTELLECTUAL PROPERTY CORP., | ) |
| | ) |
| Defendants. | ) |

**CORPORATE DISCLOSURE STATEMENT OF**
**DEFENDANT BELLSOUTH CORPORATION**

    In accordance with Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7.3, Defendant BellSouth Corporation states that it has no parent corporation and no publicly held company owns 10% or more of BellSouth Corporation's stock..

- 1 -

- 2 -

        Respectfully Submitted,

        BELLSOUTH CORP.

        By its attorneys,

        /s/ Benjamin A. Goldberger
        Edward P. Leibensperger (BBO# 292620)
        Benjamin A. Goldberger (BBO# 654357)
        McDermott Will & Emery LLP
        28 State Street
        Boston, Massachusetts  02109-1775
        (617) 535-4000

*Of Counsel*
Stephen M. Schaetzel
Alicia G. Jones
KILPATRICK STOCKTON LLP
1100 Peachtree Street, Suite 2800
Atlanta, GA 30309-04530
Tel: 404-745-2411

Dated: September 2, 2005