✎AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of     Massachusetts

BroadVoice,
         V.    Plaintiff

BellSouth Corp.,
BellSouth Telecommunications, Inc.,
and
BellSouth Intellectual
Property Corp.,
           Defendants

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**05 11435 NG**

TO: (Name and address of Defendant)

     BellSouth Corporation
     1155 Peachtree Street, NW
     Atlanta, GA   30309-11435-NG

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

     Robert N. Feldman
     Birnbaum & Godkin, LLP
     280 Summer Street, 5th Floor
     Boston, MA   02210

an answer to the complaint which is herewith served upon you, within    20    days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.



CLERK     SARAH A. THORNTON                    DATE   JUL -8 2005

(By) DEPUTY CLERK

## ACCEPTANCE OF SERVICE

I, Alicia G. Jones, Esq., hereby accept service of the foregoing Summons, Complaint, Civil Cover Sheet and Report on the Filing or Determination of an Action Regarding a Patent or Trademark on behalf of BellSouth Corporation this 15th day of August, 2005.

_____
Alicia G. Jones