UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BROADVOICE, INC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-11435-NG |
| ) | |
| BELLSOUTH CORP., BELLSOUTH ) | |
| TELECOMMUNICATIONS, INC., ) | |
| And BELLSOUTH INTELLECTUAL ) | |
| PROPERTY CORP., ) | |
| ) | |
| Defendants. ) | |

**STIPULATION EXTENDING TIME FOR PLAINTIFF TO
RESPOND TO DEFENDANTS' MOTION TO DISMISS, TRANSFER, OR STAY**

Plaintiff BroadVoice, Inc. and Defendants BellSouth Corporation, BellSouth Telecommunications, Inc. and BellSouth Intellectual Property Corporation (collectively "Defendants") stipulate to an extension of time up to and including September 23, 2005 within which Plaintiff may respond to Defendants' Motion to Dismiss.

A proposed order is attached.

Respectfully submitted this 14th day of September, 2005.

| | |
|---|---|
| /s/ Robert N. Feldman | /s/ Benjamin A. Goldberger (RNF) |
| Robert N. Feldman (BBO #630734) | Edward P. Leibensperger (BBO #292620) |
| BIRNBAUM & GODKIN, LLP | Benjamin A. Goldberger (BBO #654357) |
| 280 Summer Street | MCDERMOTT WILL & EMERY LLP |
| Boston, MA 02210 | 28 State Street |
| Tel: 617-307-6100 | Boston, MA 02109 |
| Fax: 617-307-6101 | Tel: 617-535-4000 |
| | Fax: 617-535-3800 |

| | |
|---|---|
| Sean C. Ploen (BBO #641279) | Stephen M. Schaetzel |
| BOSTON LAW GROUP | KILPATRICK STOCKTON LLP |
| 20 Park Plaza, Suite 637 | 1100 Peachtree Street, Suite 2800 |
| Boston, MA 02116 | Atlanta, GA  30309-04530 |
| Tel: 617-426-6800 | Tel: 404-745-2411 |
| | |
| Attorney for Plaintiff | Attorney for Defendants |

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing document was delivered to all counsel of record on September 14, 2005, by electronic service.

                                              /s/ Robert N. Feldman\_\_\_\_\_
                                              Robert N. Feldman

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BROADVOICE, INC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  Civil Action No. 05-11435-NG |
| | ) |
| BELLSOUTH CORP., BELLSOUTH | ) |
| TELECOMMUNICATIONS, INC., | ) |
| And BELLSOUTH INTELLECTUAL | ) |
| PROPERTY CORP., | ) |
| | ) |
| Defendants. | ) |

**[PROPOSED] ORDER**

Having considered the parties' Stipulation Extending Time for Plaintiff to Respond to Defendants' Motion to Dismiss, it is hereby

ORDERED that the time within which Plaintiff BroadVoice, Inc. may respond to Defendants' Motion to Dismiss is hereby extended up to and including September 23, 2005.

_____
Honorable Nancy Gertner
Judge, United States District Court
District of Massachusetts