UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| BROADVOICE, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-11435-NG |
| ) | |
| BELLSOUTH CORP., BELLSOUTH ) | |
| TELECOMMUNICATIONS, INC., ) | |
| and ) | |
| BELLSOUTH INTELLECTUAL ) | |
| PROPERTY CORP. ) | |
| ) | |
| Defendants. ) | |

**BROADVOICE, INC.'S**
**MOTION FOR LEAVE TO FILE A SURREPLY**

Pursuant to Local Rule 7.1, Plaintiff BroadVoice, Inc. ("BroadVoice"), by its undersigned counsel, respectfully submits this Motion for Leave to File a Surreply Memorandum in Opposition to Defendants' Motion to Dismiss, or Transfer, or Stay.  BroadVoice seeks leave to submit a surreply on the grounds that there are a number of inaccurate contentions of fact and law set forth in Defendants' Reply Memorandum, filed on November 18, 2005.  In order to correct the inaccurate contentions identified in Defendants' Reply, BroadVoice has prepared and submits herewith a Surreply Memorandum In Opposition Of Defendants' Motion To Dismiss, Or Transfer, Or Stay.

WHEREFORE, BroadVoice respectfully requests that this Court grant its Motion for Leave to file its nine (9) page Surreply.

Respectfully submitted,

BroadVoice, Inc.

By its attorneys

DATE:  December 2, 2005

/s/ Robert N. Feldman
BIRNBAUM & GODKIN, LLP
Robert N. Feldman (BBO # 630734)
280 Summer Street
Boston, MA  02210
Tel: 617-307-6100
Fax: 617-307-6101

BOSTON LAW GROUP, LLP
Sean C. Ploen (BBO # 641279)
20 Park Plaza, Suite 637
Boston, Massachusetts 02116
(617) 426-6800

## L.R. 7.1 (A)(2) CERTIFICATION

Pursuant to L.R. 7.1 (A)(2), I, Robert N. Feldman, hereby certify that on December 2, 2005, I conferred in good faith with counsel for Defendants regarding this motion in an attempt to narrow or resolve the issues presented, but no agreement was reached.

CERTIFICATE OF SERVICE

I, Robert N. Feldman, hereby certify that a true and correct copy of the foregoing document was delivered to all counsel of record on December 2, 2005, by electronic means.

/s/ Robert N. Feldman
Robert N. Feldman