UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| BROADVOICE, INC., | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.  05-11435-NG |
| | ) | |
| BELLSOUTH CORP., BELLSOUTH TELECOMMUNICATIONS, INC., and BELLSOUTH INTELLECTUAL PROPERTY CORP. | ) | |
| Defendants. | ) | |

**SUPPLEMENTAL AFFIDAVIT OF SEAN PLOEN, ESQ.**

I, Sean Ploen, Esq., being duly sworn, do hereby depose and state as follows:

1.     I am an attorney employed at the Boston Law Group, LLP, which is located at 20 Park Plaza, Suite 637, Boston, Massachusetts 02116.  I am co-counsel for Plaintiff BroadVoice, Inc., in the above-captioned matter.

2.     This affidavit, which is based upon my personal knowledge, is submitted in support of Plaintiff's Surreply Memorandum in Support of its Opposition to Defendants' Motion to Dismiss, or Transfer, or Stay.

3.     On September 13, 2005, I purchased a "BellSouth 2.4 Ghz Multi-Handset Telephone System," model GH9640SL-2 from BJ's Wholesale Club, Inc., located in Framingham, MA.  Included with the equipment were an Owner's Manual and a "Quick Start" guide.  The covers of both the Owner's Manual and Quick Start guide prominently identify the product as being from "BellSouth," and include notices stating "© 2005 BellSouth Corporation"

and "© 2004 BellSouth Corporation" respectively. A true and accurate copy of the first page of

the Owner's Manual is attached hereto as Exhibit A. A true and accurate copy of the first page

of the Quick Start guide is attached hereto as Exhibit B.

      4.     On November 30, 2005, I visited the Web site located at <bellsouth.com>.

Clicking on the tab labeled "Phones and Accessories," I was able to browse through various

phones and accessories being offered for sale. The page states, "BellSouth offers quality phones

and accessories that make the perfect holiday gift"

(<bellsouth.com/consumer/equipment/equip_cordless.html?src=mpsl>). A true and accurate

copy of the BellSouth Residential Phone and Accessories page is attached hereto as Exhibit C.

      5.     On November 30, 2005, I visited the "site map" of <bellsouth.com> at

<bellsouth.com/cust_serv/site_map.html>. The site map states that "Products & Services,"

including "Equipment," are offered for sale to residents, small businesses, and BellSouth

businesses. Under the heading "About Us," the site includes a link labeled "BellSouth

Corporation." The site also states that BellSouth Corporation owns the copyright in the materials

displayed. A true and accurate copy of the site map is attached hereto as Exhibit D.

      6.     On November 30, 2005, I visited the "BellSouth Newsroom" at

<bellsouthcorp.com/newsroom/>. The site contains links to copies of multiple press releases;

several of those releases, under the heading "About BellSouth Corporation," include the

following sentence: "BellSouth also offers online and directory advertising through BellSouth®

RealPages.com® and The Real Yellow Pages®." A true and accurate copy of one such release,

available at <bellsouthcorp.com/proactive/newsroom/release.vtml?id=50617>, is attached hereto

as Exhibit E.

7.      On November 30, 2005, I clicked on the "About Us" page of the <bellsouth.com>
site, and under the "Corp/Info Newsroom" and then "Management Team" tabs, the BellSouth
"management team" page was displayed.  A true and accurate copy of the BellSouth
"Management Team" page, located at <bellsouthcorp.com/team/>, is attached hereto as Exhibit
F.


         Signed under the pains and penalties of perjury this 2nd day of December, 2005.



                                                /s/ Sean Ploen_____
                                                Sean Ploen, Esq.


                          CERTIFICATE OF SERVICE

         I, Robert N. Feldman, hereby certify that a true and correct copy of the foregoing
document was delivered to all counsel of record on December 2, 2005, by electronic means.

                                    /s/ Robert N. Feldman_____
                                    Robert N. Feldman


3

# EXHIBIT  A

# ⓐ BELLSOUTH

## 2.4 GHz CORDLESS TELEPHONE
## ALL DIGITAL ANSWERING SYSTEM
## WITH CALLER ID/CALL WAITING

40 CHANNEL AUTOSCAN WITH 4 SEPARATE MAILBOXES

## Model GH9640

**OWNER'S MANUAL
INSTALLATION AND
OPERATING
INSTRUCTIONS**



*PLEASE READ THIS
MANUAL CAREFULLY
BEFORE USE.
KEEP FOR YOUR
REFERENCE.*

The system can be expanded to 9 handsets maximum.

*For installation information,
please see "Getting Started" instructions
or your separate Quick Start Guide.*

Visit Us on the Web:
www.uselectronics.info
© 2005 BellSouth Corporation

# EXHIBIT  B

# *Quick Start*

## ⓐ *BELL*SOUTH
### *MODEL GH9640*
### *See the Owner's Manual for full details.*



1. Insert the small plug on the end of the AC ADAPTOR into the POWER-IN CONNECTION JACK at the back of the **BASE UNIT**.
2. Plug the AC ADAPTER into a 120V AC wall outlet.
3. Insert one plug of the TELEPHONE LINE CORD into the house TELEPHONE JACK and the other end into the TELEPHONE LINE CONNECTION JACK at the back of the **BASE UNIT**. (If you have an older 4-prong TELEPHONE JACK, you will need an RJ-11C TELEPHONE JACK ADAPTOR. This adaptor is available at the same place you purchased your telephone.)
4. Insert the BATTERY PACK by plugging it into the BATTERY CONNECTOR inside the BATTERY COMPARTMENT.
5. Place the **BATTERY PACK** inside the BATTERY COMPARTMENT.
6. Slide the **HANDSET BATTERY COMPARTMENT COVER** firmly into place in its closed position.
7. **IMPORTANT: Before initial use, charge the HANDSET for 12 hours.**
8. Set the date and time on the HANDSET. (See page 27 of the Owner's Manual.)
9. Set the date and time on the BASE UNIT. (See page 33 of the Owner's Manual.)



**1**

© 2004 BellSouth Corporation

**EXHIBIT  C**

BellSouth®: Cordless Phones



**⚷ BELLSOUTH®**

RealPages.com | Special Needs | En Español | Wholesale | Careers | Contact Us

enter search criteria here    ➤➤ search

RESIDENTIAL | SMALL BUSINESS | LARGE BUSINESS | ABOUT US



## >> Phones and Accessories

**wrap** up great deals
on select phones

more info

- ▶ **Establish Service**
- ▶ **Moving?**
- ▶ **Modify Service**
- ▶ **BellSouth Answers®**
- ▼ **Local Service**
  - » Local Calling Plans
  - » Voice Mail
  - » Phones and Accessories
  - » Maintenance Plans
  - » Additional Lines
- ▶ **Long Distance**
- ▶ **Internet Service**
- ▶ **Cingular Wireless®**
- ▶ **Digital TV**
- ❷ **Ask BellSouth**
  - » When will I receive my phone or accessory?
  - » How will I be billed for my phone or accessory?
  - » How can I protect my telephone equipment?

**...quality phones and accessories ...ct holiday gift.**
...on select phones
...ents on your BellSouth bill
...e shipping for online orders

**View Owner's Manuals »**

📊 **Compare Cordless Phones »**

📊 **Compare Corded Phones »**

**Free shipping for online orders**

View important information on offers and savings.

CORDLESS PHONES | CORDED PHONES | HEADSETS | OTHER ACCESSORIES

**All cordless phones from BellSouth include:**

- High quality speakerphone on handset and/or base
- Use of secure and home-networking friendly 2.4 or 5.8 GHz DSS technology
- Compatibility with the BellSouth headset for cordless phones

**Color Screen Phone System**



**Enjoy a color screen and the latest in digital 5.8 GHz cordless phone technology:**

- Download images and view with high resolution 65K color display
- Customize your phone with ringtones from your PC or stereo

**Key Benefits:**

- Supports up to 7 additional handsets (sold separately) with no extra phone outlets required
- Experience the convenience of a hands-free speakerphone in the handset and base
- Use your phone when the power goes out; the charger in the base keeps a spare battery (purchased separately) ready

▶ **View Demo**

🔍 **Enlarged View**

Six easy payments of
**$39.99** on your
BellSouth phone bill



**Get a $40 bill credit**

order now

**Additional Handset for the Color Screen Phone System**

**Expand your Color Screen Phone System:**



🔍 **Enlarged View**

Six easy payments of
**$19.99** on your
BellSouth phone bill



**Get a $20 bill credit**

- Add up to seven color screen handsets (each sold separately)
- Set your handset to MULTI-VIBE™ for a silent, vibrating signal when the phone rings
- Works with the Color Screen Phone System purchased from BellSouth and an electrical outlet - no phone outlets required



## Single Line Phone System



**▶ View Demo**

**🔍 Enlarged View**

**Expandable system with convenient features:**

- Supports up to 3 additional handsets (sold separately) with no extra phone outlets required
- Provides easy, one-button access to calling features*

**Key Benefits:**

- Stores up to 50 names and numbers in a talking Caller ID* and phonebook directory
- Gives you a built-in intercom function when you purchase an additional handset
- Provides BellSouth® Voice Mail service message indicator on the handset and base*

Six easy payments of **$29.99** on your BellSouth phone bill



order now

---

### Additional Handset for the Single Line Phone System



**🔍 Enlarged View**

**Expand your phone system:**

- Lets you add up to 3 additional handsets (each sold separately)
- Works with the Single-Line Phone System purchased from BellSouth and an electrical outlet – no phone outlets required

Six easy payments of **$19.99** on your BellSouth phone bill

Get a $30 bill credit

order now

---

## 2-Line Phone System

**Optimized for two phone lines:**

- Supports up to 3 additional handsets (sold separately) with no extra phone outlets required
- Provides easy, one-button access to calling features*

**Key Benefits:**

- Stores up to 50 names and numbers in a talking Caller ID* and phonebook directory
- Provides BellSouth® Voice Mail service message indicator on the handset*

**▶ View Demo**

**🔍 Enlarged View**

Six easy payments of **$29.99** on your BellSouth phone bill

order now

---

### Additional Handset for 2-Line Phone System

**Expand your 2-Line System:**

Six easy payments of **$19.99** on your BellSouth phone bill

BellSouth®: Cordless Phones



- Lets you add up to 3 additional handsets (each sold separately)
- Works with the 2-Line Phone System purchased from BellSouth and an electrical outlet – no phone outlets required



order now

🔍 **Enlarged View**

---

**Cordless Phone with Call Waiting Deluxe Capability**



**Direct calls while you are on the phone:**

- Enhances Caller ID, Call Waiting, and BellSouth® Voice Mail services* with Call Disposition Options

**Key Benefits:**

- Provides BellSouth® Voice Mail service message indicator on handset and base*
- Stores up to 50 names and numbers in a Caller ID* and phonebook directory
- Provides easy dialing with the handset's backlit keypad and screen

Six easy payments of **$19.99** on your BellSouth phone bill



order now

⏵ **View Demo**

🔍 **Enlarged View**

---

*Requires subscriptions to these services, which may be purchased separately from BellSouth. Caller ID, Call Waiting, and Three-Way Calling are included with BellSouth® Complete Choice® Plan and BellSouth® PreferredPack® Plan.

Copyright 1995-2005 BellSouth Corp. All Rights Reserved.
Legal Notices | Privacy Policy | Site Map | Feedback

# EXHIBIT  D

**⊛ BELLSOUTH®**

RealPages.com | Special Needs | En Español | Wholesale | Careers | Contact Us

enter search criteria here    » search

RESIDENTIAL | SMALL BUSINESS | LARGE BUSINESS | ABOUT US

Home > Site Map



# Site Map

For your convenience the major areas of the BellSouth site are shown below.

| Residential | Small Business | BellSouth Business |
|---|---|---|
| **Products & Services**<br>> Browse Catalog, Search Catalog<br><br>**Ordering**<br>> Establish New Service, Change Existing Service, Move Existing Service, Upgrade to DSL, Suspend or Restore Service<br><br>**Billing**<br>> View my Bill, Pay my Bill, Enroll in e-Bill, Payment Arrangements, Bill Inquiry<br><br>**Repair**<br>> Help, Report Problem<br><br>**Online Resources**<br>> The Real Yellow Pages, Your Internet Guide<br><br>**FAQs**<br>> Ask BellSouth<br><br>**Contact Us**<br>> Online, BellSouth Service Centers | **Products & Services**<br>> Local Telephone Service, Long Distance, DSL & Internet Services, Data Services, Wireless Services, Equipment, Advertising, Browse Catalog, Search Catalog<br><br>**Ordering**<br>> Establish Service, Change Service, Move Service, Upgrade to DSL<br><br>**Billing**<br>> View my Bill, Pay my Bill, Enroll in e-Bill<br><br>**Repair**<br>> Help, Report Problem<br><br>**Online Resources**<br>> The Real Yellow Pages, Your Internet Guide<br><br>**FAQs**<br>> Ask BellSouth<br><br>**Contact Us**<br>> Online, BellSouth Service Centers | **Products & Services**<br>> Voice, Data, Long Distance, DSL, e-Business & Internet, Equipment<br><br>**Contact Us**<br>> Online |

| Wholesale Solutions |
|---|
| > Products & Services<br>> Wholesale Markets |

## About Us

> BellSouth Corporation
> Investor Relations
> Human Resources
> Ethics & Compliance
> Supplier Information
> International
> News Room
> Community
> Diversity
> Sports Sponsorships
> Public Policy
> Intellectual Properties
> Network Disclosures
> Legal Disclaimers

## Yellow Pages

> Find Businesses
> Find People
> Advertise
> My RealPages

## Policies & Info

> BellSouth FastAccess Internet Service
> Internet Service
> Internet Solutions
> Your Internet Guide

Copyright 1995-2005 BellSouth Corp. All Rights Reserved.
Legal Notices | Privacy Policy | Site Map | Feedback

**EXHIBIT E**

@ BELLSOUTH®                                                    search BellSouth

                                                               back to BellSouth.com

Home > Corporate Information Center > Newsroom

> Media Contacts
> Newsroom
> Search the Newsroom
> Customize Your News
> Who We Are
> Management Team
> Investor Information
> Corporate Governance
> Public Policy
> Glossary of Terms
> Information Center
  Home

# Newsroom
## The Real Yellow Pages® from BellSouth Bringing Festival Calle Ocho to Inaugural Hispanic Companion Directory for South Florida

printer-friendly

send to a friend

*More than 367,000 Spanish Companions To Begin Distribution in Greater Miami*

**(MIAMI)** - November 21, 2005 - South Florida's Growing Hispanic business community is now home to BellSouth's first-ever Hispanic companion directory for Spanish speaking residents throughout the Miami area. Beginning the week of November 21, more than 367,000 directories featuring Festival Calle Ocho on the cover will be delivered to residents in Hispanic areas of Dade County.

"Our Hispanic business partners and neighbors are what make South Florida vibrant and exciting. To better address the needs of yellow pages advertisers and consumers, we are bringing this "one-of-a-kind" BellSouth companion directory to South Florida," said Frank Bolaños, Director of Hispanic Marketing for BellSouth Advertising & Publishing.

The Real Yellow Pages Companion Directory has become popular with area residents and businesses. The smaller version (approximately 7.5" x 9") has become useful for homes and businesses with more than one phone, as well as for those "on the go" to keep in their briefcases and automobiles.

Bolaños said that as the Southeast's leading yellow pages directory, The Real Yellow Pages is one of the most important advertising mediums for Hispanic and all businesses in the Miami area. He said the new Hispanic companion is answering the needs of these businesses by helping them to connect with buyers throughout South Florida.

"The Real Yellow Pages is in the business of connecting buyers with sellers - bottom line. To do this, our products must meet the needs of both businesses and consumers. Our companion has been extremely successful and welcome throughout our nine states, and this Hispanic companion will certainly follow in providing a critical resource for area advertisers and directory users," said Dennis Moore, Regional Vice President of Sales for BellSouth Advertising & Publishing.

In addition to the Hispanic companion, the Miami core directory began distribution in October and will last approximately four weeks. More than 1.2 million copies of the The Real Yellow Pages core directory will be delivered throughout North and South Dade County.

The Real Yellow Pages® from BellSouth Bringing Festival Calle Ocho to Inaugural Hispanic Companion Directory for South Florida

Case 1:05-cv-11435-NG    Document 26    Filed 12/02/2005    Page 17 of 21

The front section of the core directory includes the award winning Community Information Pages with special sections devoted to information on local schools and government offices, public transportation, area museums and attractions, sporting events, weather and emergency planning, as well as other important local information.

In addition to the standard size and companion directories, The Real Yellow Pages Dade County editions are available on CD-ROM and on the Internet at www.realpageslive.com.

"Just as consumers' preference for how they locate local business information has changed, so has BellSouth's tools for finding information. From our print directory, to cd-rom to the Internet, consumers have a choice of how they 'let their fingers do the walking' when searching The Real Yellow Pages," said Bolanos.

RealPages.com® from BellSouth is the Southeast's leading online yellow pages. With more than 11.5 million annual searches for Miami area businesses, the RealPages.com network, including Yahoo! Yellow Pages and Switchboard.com, is another way BellSouth connects savvy business people to consumers looking to make a purchase.

To create a more powerful Internet Yellow Pages network, SBC Yellow Pages and BellSouth formed a joint venture in November of 2004 and acquired YellowPages.com. YellowPages.com, SBC SMARTpages.com and RealPages.com will merge together into a single intuitive sight www.yellowpages.com in late 2005. The YellowPages.com network currently captures more than 70 million monthly searches

RealPages.com Information is available at www.advertising.realpages.com.

**About BellSouth Advertising and Publishing**
BellSouth Advertising & Publishing Corporation (BAPCO) is the leading provider of print and Internet Yellow Pages products in the southeast. BAPCO publishes 66 million copies of the print Yellow Pages in more than 500 editions in the nine-state BellSouth region. Users referred to The Real Yellow Pages® from BellSouth nearly 2 billion times last year and made nearly 200 million searches on RealPages.com (www.realpages.com) in 2004. The Real Yellow Pages is a powerful information resource, linking buyers and sellers, with approximately 85 percent of consumers who reference the directories' most frequently used headings making a purchase based on their findings.

For more information contact:

Ed Patterson, YellowPages.com
ed.patterson@bellsouth.com
(678) 406-2457



**About BellSouth Corporation**

BellSouth Corporation is a Fortune 100 communications company headquartered in Atlanta, Georgia. BellSouth has joint control and 40

percent ownership of Cingular Wireless, the nation's largest wireless voice and data provider with 52.3 million customers.

Backed by award-winning customer service, BellSouth offers the most comprehensive and innovative package of voice and data services available in the market. Through BellSouth Answers®, residential and small business customers can bundle their local and long distance service with dial-up and high-speed DSL Internet access, satellite television and Cingular® Wireless service. For businesses, BellSouth provides secure, reliable local and long distance voice and data networking solutions. BellSouth also offers online and directory advertising through BellSouth® RealPages.com® and The Real Yellow Pages®.

BellSouth believes that diversity and fostering an inclusive environment are critical in maintaining a competitive advantage in today's global marketplace. More information about BellSouth can be found at http://www.bellsouth.com.

NOTE: For more information about BellSouth, visit the BellSouth Web page at http://www.bellsouth.com.

**A list of** BellSouth Media Relations Contacts **is available in the Corporate Information Center.**

If you are receiving this document via email, it is because you registered for documents of this type. To update your profile or remove yourself from our list, please visit - http://bellsouthcorp.com/register/n-goupdate.vtml. To remove yourself from this list, send an email to unsubscribe@bellsouthcorp.com.
To receive documents via email (in either text or HTML) please visit - http://bellsouthcorp.com/register.

**BellSouth Corporation Headquarters**
1155 Peachtree St. NE
Atlanta, GA 30309-3610

Copyright 1996-2005, BellSouth Corp. All Rights Reserved.
Legal Notices and Privacy Policy | Terms and Conditions

**EXHIBIT  F**

**@ BELLSOUTH**®

RealPages.com | Special Needs | En Español | Wholesale | Careers | Contact Us

enter search criteria here    » search

RESIDENTIAL    SMALL BUSINESS    LARGE BUSINESS    ABOUT US

Home > Corporate Information Center > Management Team

> Media Contacts
> Newsroom
> Search the Newsroom
> Customize Your News
> Who We Are
> Management Team
> Investor Information
> Corporate Governance
> Public Policy
> Commitment to Diversity
> Glossary of Terms
> Information Center Home

# Management Team

**F. Duane Ackerman**
Chairman and CEO, BellSouth Corporation

Herschel L. Abbott, Jr.
Vice President - Governmental Affairs, BellSouth Corporation

Valencia I. Adams
Chief Diversity Officer, BellSouth Corporation

Rex M. Adams
President, Interconnection Services, BellSouth Corporation

Richard A. Anderson
Vice Chairman - Planning and Administration, BellSouth Corporation

Paulino R. Barros, Jr.
Chief Product Officer

Barry Boniface
Vice President - Planning and Development, BellSouth Corporation

Richard Burns
Chief Integration Officer - Broadband

Keith O. Cowan
President - Marketing and Product Management

Marshall McAllister Criser III
State President - Florida, BellSouth Telecommunications, Inc.

Marty G. Dickens
State President - Tennessee, BellSouth Telecommunications, Inc.

Francis A. "Fran" Dramis, Jr.
Chief Information, E-Commerce and Security Officer

Mark E. Droege
Vice President and Treasurer, BellSouth Corporation

Rebecca M. Dunn
Senior Vice President - Corporate Compliance and Corporate Secretary,

Isaiah (Ike) Harris, Jr.
President, BellSouth Advertising and Publishing Group

Phil S. Jacobs
President of Planned Community Services

Donna A. Lee
Chief Marketing Officer, BellSouth Corporation

Harry Lightsey
State President - South Carolina, BellSouth Telecommunications, Inc.

John M. McCullouch
State President - Mississippi, BellSouth Telecommunications, Inc.

Rod D. Odom, Jr.
President - Network Services, BellSouth Corporation

William A. Oliver
State President - Louisiana, BellSouth Telecommunications, Inc.

William Pate
Vice President - Advertising and Public Relations, BellSouth Corporation

E. C. Roberts, Jr.
State President - Kentucky, BellSouth Telecommunications, Inc.

David W. Scobey, Jr.
President - Small Business Services, BellSouth Corporation

Fredrick K. Shaftman
President - BellSouth Business, BellSouth Corporation

Pat Shannon
Senior Vice President - Finance, BellSouth Corporation

Richard Sibbernsen

BellSouth Corporation

Ronald M. Dykes
Chief Financial Officer, BellSouth
Corporation

Mark L. Feidler
President and Chief Operating Officer,
BellSouth Corporation

Ronald E. Frieson
State President - Georgia, BellSouth
Telecommunications, Inc.

Jan Funderburg
President - Consumer Services,
BellSouth Corporation

Marc Gary
General Counsel, BellSouth Corporation

Margaret H. Greene
President - Regulatory and External
Affairs

Don Hallacy
Chief Information Officer - Domestic
Operations, BellSouth Corporation

Thomas L. (Tom) Hamby
State President - Alabama, BellSouth
Telecommunications, Inc.

Vice President - Human Resources,
BellSouth Corporation

Bill Smith
Chief Technology Officer, BellSouth
Corporation

Krista S. Tillman
State President - North Carolina,
BellSouth Telecommunications, Inc.

Lynn A. Wentworth
Vice President and Chief Financial
Officer - Communications Group -
BellSouth Corporation

Copyright 1996-2005, BellSouth Corp. All Rights Reserved.
Legal Notices and Privacy Policy | Terms and Conditions