UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BROADVOICE, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BELLSOUTH CORP., BELLSOUTH )<br>TELECOMMUNICATIONS, INC., )<br>and )<br>BELLSOUTH INTELLECTUAL )<br>PROPERTY CORP. )<br>)<br>Defendants. )<br>) | Civil Action No. 05-11435-NG |

## MOTION FOR RECONSIDERATION

Plaintiff BroadVoice, Inc. ("BroadVoice"), by its undersigned counsel, respectfully submits this Motion for Reconsideration under Rule 60(b)(1) and Rule 60(b)(6) of the Federal Rules of Civil Procedure. Although BroadVoice acknowledges the exceptional nature of the remedy sought, it brings this Motion to Reconsider because the Court's December 21, 2005 order allowing Defendant BellSouth Corporation's Motion to Dismiss contains multiple manifest mistakes of fact, and because the order leaves unresolved the status of two of the three defendants in the above-captioned action. As discussed in more detail in the accompanying Memorandum in Support, the Court should reconsider its earlier ruling on the Motion to Dismiss and instead permit limited personal jurisdiction discovery.

## Request for Oral Argument

Plaintiff believes that oral argument would assist the Court in deciding this motion and wishes to be heard.  Accordingly, Plaintiff requests oral argument.

Respectfully submitted,

BroadVoice, Inc.

By its attorneys

DATE:  March 2, 2006

_/s/ Sean Ploen_____
BOSTON LAW GROUP, LLP
Sean Ploen (BBO # 641279)
20 Park Plaza, Suite 637
Boston, Massachusetts 02116
Tel:(617) 426-6800
Fax:  (617) 426-6802

BIRNBAUM & GODKIN, LLP
Robert N. Feldman (BBO # 630734)
280 Summer Street
Boston, MA  02210
Tel: 617-307-6100
Fax: 617-307-6101

### Certificate of Consultation

I, Sean Ploen, hereby certify that counsel for the Plaintiff conferred in good faith with counsel for the Defendants regarding this motion in an attempt to resolve or narrow the issues presented by this motion, but no agreement was reached.

/s/ Sean Ploen